FRANK COLONNA et al., Copartners under the Firm Name of COLONNA & COMPANY, Respondents, *v.* THE STATE OF NEW YORK, Appellant.

FRANK COLONNA, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Argued April 1, 1930; decided May 6, 1930.)

*Hamilton Ward, Attorney-General (James Gibson* of counsel), for appellant.

*Herbert T. Reed* and *Charles G. Signor* for respondents.

Judgment in the first action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and O'BRIEN, JJ. KELLOGG, J., votes for reversal and new trial. Not sitting: HUBBS, J.

Judgment in the second action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.